# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 5:23-CR-00214-10** |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE HICKS** |
| | * | |
| **JAMES TROY PHILLIPS** | * | **MAGISTRATE JUDGE HORNSBY** |

## NOTICE OF APPEAL

Notice is hereby given that JAMES TROY PHILLIPS, defendant in the above-captioned matter, hereby appeals to the United Stated Court of Appeals for the Fifth Circuit from the final judgment of conviction and sentence entered on February 3, 2025.

Respectfully submitted,

**CARMOUCHE, BOKENFOHR, BUCKLE & DAY**

BY: ___*/s/Amy Gardner Day*_____
         Amy Gardner Day, Bar. No. 33138
6425 Youree Drive, Suite 380
Shreveport, Louisiana 71105
Phone: (318) 629-0014
Fax: (318) 404-1571

**ATTORNEY FOR JAMES TROY PHILLIPS**